```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 09044
   JAMES DEMUS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-6229

-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 04/14/2008 and was not confirmed.

    The case was dismissed without confirmation 05/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME           CLASS        CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                     PAID           PAID
-----------------------------------------------------------------------

PRO SE DEBTOR         DEBTOR ATTY         .00                            .00
TOM VAUGHN            TRUSTEE                                            .00
DEBTOR REFUND         REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         --------------    --------------
TOTALS                        .00                  .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```